| | |
|---|---|
| Russell Brown<br>CHAPTER 13 TRUSTEE<br>Suite 800<br>3838 North Central Avenue<br>Phoenix, Arizona 85012-1965<br>602.277.8996<br>Fax 602.253.8346 | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>SHAWN PATRICK ROACH<br><br>AND<br><br>ELIZABETH ANN ROACH<br><br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No. 2:09-bk-13394-RTB<br><br>**TRUSTEE'S MOTION TO ALLOW PAYMENT OF UNCLAIMED FUNDS OF DEBTORS TO COURT** |

Russell Brown, Chapter 13 Trustee, pursuant to 11 U.S.C. §§ 347(a) and 1326(a)(2), and Rule 3011, F.R.B.P., moves the Court to allow him to pay unclaimed funds of the Debtors to the Court. The Trustee issued a refund check, but the check has not been presented for payment by the Debtors or the post office returned the check as undeliverable. More than ninety days has passed from the date of issuance and the Trustee has put a stop payment on the check or voided it.

Following is the Debtors' information used for the refund check:

| Address With Court: | Address With Trustee: | Amount: |
|---|---|---|
| Shawn Patrick Roach<br>Elizabeth Ann Roach<br>534 West 15th Street<br>Tempe, AZ 85281 | Shawn Patrick Roach<br>Elizabeth Ann Roach<br>534 West 15th Street<br>Tempe, AZ 85281 | $1,090.45 |

Also, the Trustee has done the following in an unsuccessful attempt to locate the Debtors:

The Trustee received no change of address for the Debtors or other new contact information.

According to the Court docket, the Debtors have filed no address change or, if so, the Trustee unsuccessfully attempted service to the new address.

The Trustee office called the Debtors' telephone number in his records and used any other contact information, but was unsuccessful at contacting the Debtors. Also, the Trustee contacted any attorney for the Debtors but was unsuccessful at contacting the Debtors with any information provided.

Searching the database of the Arizona Department of Motor Vehicles showed no new address or the Trustee unsuccessfully used the address.

A Google search showed no new contact information.

No new contact information was found at www.whitepages.com.

A search on WestLaw showed no new information or the Trustee was unsuccessful when using such information.

Therefore, the Trustee moves the Court for an Order allowing him to pay the Debtors' unclaimed funds to the Court.

                                        Russell A. Brown
                                        Chapter 13 Trustee